435 A.2d 253

Commonwealth v. King, Appellant.

Submitted September 13, 1979. Eugene A. Bonner, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania is sitting by designation.

630

Before SPAETH, HESTER and CAVANAUGH, JJ.
Order affirmed.

SPAETH, J., concurred in the result.